# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lenihan, Lisa P. | U.S. District Court, Western District of Pennsylvania | 03/25/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | UPMC HEALTH PLAN |
| 2. | BOARD MEMBER | UPMC ALTOONA |
| 3. | SECRETARY/TREASURER OF THE BOARD | PITTSBURGH NATIONAL YOUTH BOXING |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 03/25/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 03/25/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lenihan, Lisa P.** | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. PNC BANK (cash) | A | Interest | J | T | | | | | |
| 3. S&T BANK (cash) | A | Interest | K | T | | | | | |
| 4. RIVERSOURCE UNIVERSAL LIFE INSURANCE POLICY | B | Interest | K | T | | | | | |
| 5. ACCOUNT #1 (H) | | | | | | | | | |
| 6. BLACKSTONE ALT MULTI STRATEGY CL D (BXMDX) | A | Dividend | J | T | | | | | |
| 7. MULTI MANAGER VALUE STRATEGIES CL Z (CZMVX) | A | Dividend | J | T | | | | | |
| 8. MULTI MANAGER TOTAL RETURN BOND STRATEGIES CL Z (CTRZX) | A | Dividend | J | T | | | | | |
| 9. MULTI MANAGER SMALL CAP EQUITY STRATEGIES CL Z (CZMSX) | A | Dividend | J | T | Sold<br>(part) | 05/14/20 | J | | |
| 10. MULTI MANAGER GROWTH STRATEGIES CL Z (CZMGX) | A | Dividend | J | T | Buy<br>(add'l) | 05/14/20 | J | | |
| 11. MULTI MANAGER DIRECTIONAL ALTERNATIVE STRAT Z (CDAZX) | | None | J | T | | | | | |
| 12. MULTI MANAGER ALTERNATIVE STRATEGIES CL Z (CZAMX) | A | Dividend | J | T | | | | | |
| 13. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL (CMIEX) | A | Dividend | J | T | | | | | |
| 14. DELAWARE U S GROWTH INSTL CL (DEUIX) | A | Dividend | J | T | | | | | |
| 15. MFS INTL VALUE CL I (MINIX) | A | Dividend | J | T | | | | | |
| 16. MFS MID CAP GROWTH CL I (OTCIX) | A | Dividend | J | T | | | | | |
| 17. MFS VALUE CL I (MEIIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO EMERGING MARKETS EQUITY INSTL CL (EMGNX) | A | Dividend | J | T | | | | | |
| 19. WELLS FARGO SPECIAL MID CAP VALUE INSTL CL (WFMIX) | A | Dividend | J | T | | | | | |
| 20. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | J | T | | | | | |
| 21. ACCOUNT #2 (H) | | | | | | | | | |
| 22. AMERIPRISE INSURED SWEEP ACCOUNT (ABISA) (cash) | A | Interest | J | T | | | | | |
| 23. AMERICAN CENTURY MID CAP VALUE INVESTOR CL (ACMVX) (Y) | | | | | | | | | |
| 24. AMERICAN CENTURY MID CAP VALUE CL I (AVUAX) (X) | A | Dividend | J | T | Sold (part) | 02/18/20 | J | | |
| 25. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 26. BLACKSTONE ALT MULTI STRATEGY CL D (BXMDX) (Y) | | | | | | | | | |
| 27. BLACKSTONE ALT MULTI STRATEGY CL I (BXMIX) (X) | A | Dividend | K | T | | | | | |
| 28. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL (BSIIX) | A | Dividend | K | T | Sold (part) | 02/18/20 | J | | |
| 29. | | | | | Buy (add'l) | 05/18/20 | J | | |
| 30. MULTI MANAGER VALUE STRATEGIES CL Z (CZMVX) | A | Dividend | K | T | Buy (add'l) | 03/10/20 | J | | |
| 31. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 32. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 33. | | | | | Buy (add'l) | 05/18/20 | J | | |
| 34. | | | | | Buy (add'l) | 08/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 36. MULTI MANAGER TOTAL RETURN<br>BOND STRATEGIES CL Z (CTRZX) | B | Dividend | M | T | Buy<br>(add'l) | 02/18/20 | J | | |
| 37. | | | | | Sold<br>(part) | 03/10/20 | J | | |
| 38. | | | | | Sold<br>(part) | 03/26/20 | J | | |
| 39. | | | | | Sold<br>(part) | 05/18/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 41. MULTI MANAGER SMALL CAP<br>EQUITY STRATEGIES CL Z (CZMSX) | | None | J | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 42. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 43. | | | | | Sold<br>(part) | 05/18/20 | J | | |
| 44. | | | | | Sold<br>(part) | 08/18/20 | J | | |
| 45. MULTI MANAGER GROWTH<br>STRATEGIES CL Z (CZMGX) | B | Dividend | L | T | Buy<br>(add'l) | 02/18/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 48. | | | | | Sold<br>(part) | 08/18/20 | J | | |
| 49. | | | | | Sold<br>(part) | 11/13/20 | J | | |
| 50. MULTI MANAGER DIRECTIONAL<br>ALTERNATIVE STRAT Z (CDAZX) | | None | K | T | | | | | |
| 51. MULTI MANAGER ALTERNATIVE<br>STRATEGIES CL Z (CZAMX) | | None | K | T | Buy<br>(add'l) | 02/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 03/10/20 | J | | |
| 53. | | | | | Sold<br>(part) | 03/26/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 56. MULTI MANAGER INTL EQUITY STRATEGIES INSTL CL (CMIEX) | | None | K | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 58. | | | | | Sold<br>(part) | 05/18/20 | J | | |
| 59. | | | | | Sold<br>(part) | 08/18/20 | J | | |
| 60. DELAWARE U S GROWTH INSTL CL (DEUIX) | | None | | | Sold | 02/18/20 | J | | |
| 61. MFS INTL VALUE CL I (MINIX) | | None | J | T | Sold<br>(part) | 08/18/20 | J | | |
| 62. MFS VALUE CL I (MEIIX) | A | Dividend | K | T | Buy<br>(add'l) | 02/18/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 64. MFS MID CAP GROWTH CL I (OTCIX) | | None | J | T | Sold<br>(part) | 05/18/20 | J | | |
| 65. WELLS FARGO EMERGING MARKETS EQUITY INSTL CL (EMGNX) | | None | J | T | Sold<br>(part) | 05/18/20 | J | | |
| 66. | | | | | Sold<br>(part) | 08/18/20 | J | | |
| 67. ACCOUNT #3 (H) | | | | | | | | | |
| 68. AMERIPRISE INSURED MONEY MKT (AIMMA) (cash) (X) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CALAMOS MARKET NEUTRAL INCOME CL I (CMNIX) | A | Dividend | J | T | Sold (part) | 03/17/20 | J | | |
| 70. | | | | | Sold (part) | 03/31/20 | J | A | |
| 71. FIDELITY ADVISOR GOVT INCOME CL I (FVIIX) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 72. FIRST EAGLE FUNDS GLOBAL FUND CL I (SGIIX) | A | Dividend | K | T | Sold (part) | 03/16/20 | J | | |
| 73. | | | | | Sold (part) | 03/31/20 | J | A | |
| 74. | | | | | Sold (part) | 06/16/20 | J | A | |
| 75. JP MORGAN VAL ADV SEL CL I (JVASX) | A | Dividend | K | T | Buy (add'l) | 03/25/20 | J | | |
| 76. | | | | | Sold (part) | 03/31/20 | J | | |
| 77. | | | | | Sold (part) | 06/16/20 | J | | |
| 78. LORD ABBETT ULTRA SHORT BOND CL F (LUBFX) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | | |
| 79. MFS INTL VALUE CL I (MINIX) | B | Dividend | K | T | Sold (part) | 03/25/20 | J | A | |
| 80. | | | | | Sold (part) | 03/31/20 | J | A | |
| 81. | | | | | Sold (part) | 06/16/20 | J | A | |
| 82. | | | | | Sold (part) | 10/09/20 | J | | |
| 83. NUVEEN PA MUN BD CL I (NBPAX) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | | |
| 84. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 85. | | | | | Sold (part) | 03/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Lenihan, Lisa P.** | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. NUVEEN ALL AMER MUN BD CL I (FAARX) | A | Dividend | K | T | Sold (part) | 03/16/20 | J | | |
| 87. | | | | | Sold (part) | 03/31/20 | J | | |
| 88. | | | | | Sold (part) | 06/16/20 | J | A | |
| 89. THORNBURG LTD TERM MUN CL I (LTMIX) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | | |
| 90. | | | | | Sold (part) | 03/31/20 | J | | |
| 91. ISHARES CORE US AGGREGATE BOND ETF (AGG) | A | Dividend | J | T | Sold (part) | 03/16/20 | J | A | |
| 92. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 93. ISHARES S&P 500 GROWTH ETF (IVW) | A | Dividend | K | T | Sold (part) | 03/25/20 | J | B | |
| 94. | | | | | Sold (part) | 03/31/20 | J | A | |
| 95. | | | | | Sold (part) | 06/16/20 | J | A | |
| 96. | | | | | Sold (part) | 10/09/20 | J | B | |
| 97. ISHARES CORE S&P MID CAP ETF (IJH) | A | Dividend | J | T | Sold (part) | 03/31/20 | J | | |
| 98. | | | | | Sold (part) | 06/16/20 | J | A | |
| 99. | | | | | Sold (part) | 10/09/20 | J | A | |
| 100. ISHARES CORE S&P SMALL CAP ETF (IJR) | A | Dividend | J | T | Sold (part) | 06/16/20 | J | A | |
| 101. ISHARES EDGE MSCI MIN VOLATILITY ETF (USMV) | A | Dividend | K | T | Sold (part) | 03/25/20 | J | A | |
| 102. | | | | | Sold (part) | 03/31/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lenihan, Lisa P.** | 03/25/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 06/16/20 | J | A | |
| 104. SPDR SERIES TRUST S&P DIVIDEND<br>ETF (SDY) | A | Dividend | K | T | Sold<br>(part) | 03/31/20 | J | | |
| 105. | | | | | Sold<br>(part) | 06/16/20 | J | A | |
| 106. SPDR BARCLAYS CAPITAL SHORT<br>TERM MUNI BOND FUND (SHM) | A | Dividend | J | T | Sold<br>(part) | 03/16/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lenihan, Lisa P.** | 03/25/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 03/25/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa P. Lenihan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544